```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
OFFICE AND PROFESSIONAL EMPLOYEES                                  :
INTERNATIONAL UNION, LOCAL 153,                                    :
                                                                   :
                    Plaintiff,                                     :       23-cv-2637 (LJL)
                                                                   :
        -v-                                                        :       ORDER
                                                                   :
NEW YORK PRODUCE TRADE ASSOCIATION,                                :
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

LEWIS J. LIMAN, United States District Judge:

On April 25, 2023, the Court entered a stay in this case, pending the conclusion of a labor arbitration between the parties. Dkt. No. 14. The Defendant submitted a letter on October 2, 2023, notifying the Court that the arbitrator had issued a decision denying Plaintiff's request for relief and that, as a result, the Plaintiff intended to "withdraw[] the pending matter." Dkt. No. 20 at 2. On October 20, 2023, Plaintiff filed a stipulation of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 21.

The Court ORDERS that the stay in this case be lifted for the limited purpose of entering Plaintiff's stipulation of voluntary dismissal. The Clerk of Court is respectfully directed to enter that stipulation and close this case.

SO ORDERED.

Dated: October 23, 2023
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge